330 A.2d 840
GENERAL ACCIDENT FIRE AND LIFE ASSURANCE
CORPORATION, LTD., Appellant,

v.

Joseph HANSON and American Arbitration Association.

Supreme Court of Pennsylvania.
Argued Nov. 12, 1974.
Decided Jan. 27, 1975.

John J. Coffey, Marshall, Dennehey & Warner, P. A., Philadelphia, for appellant.

Sidney I. Leabman, Philadelphia, for appellee, Joseph Hanson.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM:

Decree affirmed. Costs to be borne by appellant.

JONES, C. J., and POMEROY, J., dissent.